```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

PARKE BANK, et al.,                :   CIVIL ACTION
                                   :   NO. 10-2368
        Plaintiffs,                :
                                   :
    v.                             :
                                   :
BANK OF AMERICA, N.A.,             :
                                   :
        Defendant.                 :

## O R D E R

**AND NOW**, this **19th** day of **January, 2012**, it is hereby **ORDERED** that Plaintiffs' Motion for Partial Summary Judgment (ECF No. 31) is **DENIED** and Defendant's Cross-Motion for Summary Judgment (ECF No. 34) is **GRANTED**.

**AND IT IS SO ORDERED.**

                                         s/Eduardo C. Robreno
                                         **EDUARDO C. ROBRENO, J.**