IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARKE BANK and VERNON PARK PLAZA, LLC, | CIVIL ACTION |
| Plaintiffs, | No.10-02368-ER |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

### NOTICE OF APPEAL

Notice is hereby given that Parke Bank and Vernon Park Plaza, LLC, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an Order denying plaintiffs' Motion for Partial Summary Judgment and granting defendant's Cross-Motion for Summary Judgment, entered in this action on the twenty-third day of January, 2012 at Docket No. 41.

**BRAVERMAN KASKEY P.C.**

BY: /s/ Richard S. Julie
David L. Braverman (Signature Code DLB2408)
Richard S. Julie (Signature Code RSJ8335)
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, Pennsylvania 19103
(215) 575-3800

*Attorneys for Plaintiffs Parke Bank and Vernon Park Plaza LLC*

Dated: February 15, 2012

## CERTIFICATE OF SERVICE

I, Richard S. Julie, hereby certify, on this fifteenth day of February, 2012, that I caused a true and correct copy of the foregoing Notice of Appeal to be served via electronic filing via the Court's CM/ECF system on the following counsel of record on this date:

>George J. Krueger, Esq.
>BLANK ROME LLP
>One Logan Square
>Philadelphia, PA 19103
>krueger@blankrome.com
>*Attorneys for Defendant and Third-Party Plaintiff Bank of America, N.A.*

>Michael Alan Siddons, Esq.
>MARGOLIS EDELSTEIN
>The Curtis Center, Suite 400E
>170 South Independence Mall West
>Philadelphia, Pennsylvania 19106
>msiddons@margolisedelstein.com
>*Attorneys for Third-Party Defendant Blockbuster, Inc., identified as Blockbuster Videos, Inc. in the Third-Party Complaint*

>*/s/ Richard S. Julie*
>Richard S. Julie (Signature Code RSJ8335)
>BRAVERMAN KASKEY, P.C.
>One Liberty Place
>1650 Market Street, 56th Floor
>Philadelphia, Pennsylvania 19103
>rjulie@braverlaw.com
>*Attorneys for Plaintiffs Parke Bank and Vernon Park Plaza LLC*

Dated: February 15, 2012